IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

| | |
|---|---|
| JOHN J. BOSO and TREVOR WILSON, **Plaintiffs**, v. G. RUSSELL ROLLYSON, JR., Deputy Commissioner of Delinquent and Non-Entered Lands of Pocahontas County, West Virginia, in his official and personal capacities, and SHARON ZUCKERMAN, **Defendants**. | CIVIL ACTION NO.): 2:22-CV-17 (JUDGE KLEEH) |

**REPORT AND RECOMMENDATION, RECOMMENDING THAT PLAINTIFFS' PARTIAL MOTION TO DISMISS [ECF NO. 105] BE DENIED AS MOOT**

This matter is before the undersigned Magistrate Judge pursuant to a Referral Order [ECF No. 6] entered by the Hon. Thomas S. Kleeh, Chief United States District Judge, on May 31, 2023. By the Referral Order, Judge Kleeh directed the undersigned to enter orders or report and recommendations, as appropriate, and to handle other matters which arise herein.

Presently pending before the Court is a motion to dismiss [ECF No. 105] filed by Plaintiffs' counsel on November 15, 2023. By this motion, Plaintiffs' counsel seeks to dismiss Defendant Sharon Zuckerman's ("Zuckerman") counterclaim insofar as Zuckerman attempted to lodge a counterclaim against Plaintiffs' counsel himself, rather than a party hereto. The Court also is in receipt of Zuckerman's Amended Answer and Counterclaim [ECF No. 111], filed on December 1, 2023, in which Plaintiffs' counsel is eliminated as a party against whom Zuckerman seeks to

1

lodge a counterclaim. And the Court is in receipt of Zuckerman's response [ECF No. 115] to the motion to dismiss, filed on December 6, 2023. By this response, Zuckerman notes that, in the Amended Counterclaim, she eliminates Plaintiffs' counsel as party subject to the Counterclaim.

Accordingly, it appearing that Plaintiffs have obtained the relief sought in their motion, the undersigned respectfully **RECOMMENDS** that Plaintiffs' motion to dismiss [ECF No. 105] be **DENIED as moot**.

Any party shall have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh, Chief United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a copy of this Report and Recommendation to Defendant Zuckerman by facsimile transmission to 904-297-2520; to any other *pro se* parties by certified mail, return receipt requested, to their last known address(es) as shown on the docket; and to all counsel of record, as applicable, as provided in the Administrative

Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**Respectfully submitted December 12, 2023.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE