# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JOHN J. BOSO and
TREVOR WILSON,

     Plaintiffs,

**MAY 24 2025**

**U.S. DISTRICT COURT
ELKINS WV 26241**

v.

CIVIL ACTION NO. 2:22-CV-00017 (Kleeh)

G. RUSSELL ROLLYSON, JR.,
Deputy Commissioner of Delinquent and
Non-entered Lands of Pocahontas County, WV,
in his official and personal capacities,
SHARON ZUCKERMAN,

     Defendants.

_____

SHARON ZUCKERMAN,

     Counter-Claimant,

v.

JOHN J. BOSO and TREVOR WILSON,

     Counter-Defendants,

_____

### NOTICE OF FILING SUPPLEMENTAL EXHIBIT

Defendant/Counter-Claimant Sharon Zuckerman, pro se, gives notice of filing

a supplemental exhibit to Motion for Contempt [ECF 222.]

Exhibit 2 is the Order [ECF 218)] fraudulently recorded by Plaintiffs on the

last day of the thirty-day period that the Court had ordered Plaintiffs to pay

Defendant. Plaintiffs are in contempt of court for refusing to pay, theft of title from

Defendant and for misleading the public that Plaintiffs had complied with the Order.

The Pocahontas County clerk stamped the top of every page of the Order with

a page number. The left side of the first page was stamped: "MICHAEL C. DOSS

1

PICK- UP 04/24/2025." The last page is stamped "Melissa L. Bennett, Clerk, Instrument 325984 04/23/2025 @ 12:19:17 PM ORDER Book 420 @ Page 463..."

In their response, Plaintiffs ignored Defendant's allegation that Plaintiffs had fraudulently recorded the Order. Therefore, on May 23, 2025, Defendant drove to the clerk's office to pay for a copy of the recorded order. This filing of the recorded Order evidences Plaintiffs' wrong doing.

Dated: May 24, 2025                    Respectfully submitted,


                                       /s/ Sharon Zuckerman
                                       SHARON ZUCKERMAN
                                       Defendant/Counter-Claimant pro se
                                       411 Walnut Street #20347
                                       Green Cove Springs, FL 32043
                                       upbeforesunrise@keemail.me
                                       305-608-6838 Fax 904-297-2520


### CERTIFICATE OF SERVICE

On May 24, 2025, I, Sharon Zuckerman, Defendant/Counter-Claimant pro se, hereby certify that I have served the foregoing documents as follows:

Upon the plaintiffs by faxing a true copy of the same upon the counsel of record for the plaintiffs to Michael Doss at 304-799-7118 and emailing to mike1963@frontier.net.net.

By electronic mail transmission from my e-mail address upbeforesunrise@keemail.me to Traci Wiley at twiley@mlclaw.com

                                       /s/ Sharon Zuckerman
                                       SHARON ZUCKERMAN